UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ L. R.,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>        Defendant. | Case No. 22-cv-04665-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff's counsel filed a Motion for Attorneys' Fees on December 27, 2023. The parties subsequently filed two stipulations to extend Defendant's time to file a response to the motion. [Docket Nos. 30, 32.] The court granted the stipulations and ordered Defendant to file a response by February 7, 2024. [Docket No. 33.] No response has been filed. <u>Defendant is ordered to respond by **February 16, 2024**, and show cause for his failure to respond</u> to the motion in accordance with the court's order, or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late response. The hearing on March 5, 2024 is VACATED.[1]

      **IT IS SO ORDERED.**

Dated: February 9, 2024

                                                 Donna M. Ryu
                                             Chief Magistrate Judge

---

[1] The court notes that Plaintiff's counsel set the Motion for Attorneys' Fees for an unavailable hearing date (March 5, 2024).